STEPHEN ABRAMS, Plaintiff in Error, *v.* GEORGE POMEROY et al., Defendants in Error.

### ERROR TO SCOTT.

A party is not compelled to try a cause on writ of error, until the return term of the writ.

THIS was a writ of error sued out during the present term, returnable to the next. The errors were assigned upon the record for the purpose of making the writ a supersedeas. The defendants in error entered their appearance, and join in error, and enter a motion that the plaintiff in error file abstracts, with a view to the trial of this case at this term.

J. GRIMSHAW, for the motion.

M. McCONNEL, *contrà*.

PER CURIAM. The motion must be refused. The plaintiff in error cannot be compelled to submit the case at this term. He has until the return term to file abstracts.